No. 96–5544. SULE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5545. ISLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5546. MCCARTY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5547. JOSEPH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5548. MEDINA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5550. JEFFERSON v. HART. C. A. 10th Cir. Certiorari denied.

No. 96–5551. MALLARD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5552. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5557. CRAWFORD v. UNITED STATES; and HUFF v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 83 F. 3d 964 (first judgment); 89 F. 3d 842 (second judgment).

No. 96–5558. CONERLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5559. CHASE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5561. CONTRERAS-CONTRERAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5562. CHAVEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–5565. IRVIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.